# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00809-CV

**David L. Deyle, Appellant**

**v.**

**Mary Scales and Johnnie Victor Thomas, Jr., Appellees**

### FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY
### NO. 13-15889, HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant David L. Deyle filed a notice of appeal on December 6, 2018. The appeal was from an order striking Deyle's pleadings, "Intervention and Counterpetition to Modify Parent-Child Relationship." On January 16, 2019, the Clerk of this Court sent a letter informing Deyle that it appeared this Court lacked jurisdiction over this matter because this Court's jurisdiction is limited to appeals in which there exists a final and appealable judgment or order. *See* Tex. Civ. Prac. Rem. Code § 51.014(a) (appeal from interlocutory order); *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) ("[T]he general rule, with a few mostly statutory exceptions is that an appeal may be taken only from a final judgment. A judgment is final for purposes of appeal if it disposes of all pending parties and claims in the record, except as necessary to carry out the decree."). This Court is without jurisdiction to review an order by the trial court striking a petition to intervene. The Clerk requested that Deyle file a response by January 25, 2019, asking how this

Court may exercise jurisdiction over this appeal and informing him that failure to do so would result in the dismissal of the appeal. *See* Tex. R. App. P. 42.3(a).

Deyle's amended notice of appeal and response to this Court's letter addressed the timeliness of appellant's notice of appeal but failed to address the issue of whether the appeal was from a final and appealable judgment or order. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed for Want of Jurisdiction

Filed: February 1, 2019